NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARLES EDWARD RIES,            )
                                )
        Appellant,              )
                                )
v.                              )       Case No. 2D17-5101
                                )
STATE OF FLORIDA,               )
                                )
        Appellee.               )
_____)

Opinion filed October 26, 2018.

Appeal from the Circuit Court for Polk
County; James A. Yancey, Judge.

Howard L. Dimmig, II, Public Defender, and
Megan Olson, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


        Affirmed.


KHOUZAM, LUCAS, and SALARIO, JJ., Concur.